IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL FITZGERALD,

    Plaintiff,

vs.

BARKER ANIMATION, INC.,
a Foreign Corporation,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, MICHAEL FITZGERALD, sues Defendant, BARKER ANIMATION, INC., and shows:

### Introduction

1. This is an action by MICHAEL FITZGERALD against his former employer for unpaid overtime pursuant to the Fair Labor Standards Act. Plaintiff seeks damages and a reasonable attorney's fee.

### Jurisdiction

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207. The Court has jurisdiction over the claims pursuant to 29 U.S.C. § 216(b).

3. The claim arose within the Southern District of Florida, which is where venue is proper.

### Parties and General Allegations

4. Plaintiff, MICHAEL FITZGERALD, (hereinafter "FITZGERALD") a resident of Broward County, Florida, was at all times material, employed by BARKER ANIMATION, INC as a gallery manager, was an employee as defined by 29 U.S.C. § 203 (e), and during his

employment with Defendant was engaged in commerce or in the production of goods for commerce within the meaning of 29 U.S.C. § 207(a).

5.  Defendant, BARKER ANIMATION, INC. (hereinafter, "BARKER ANIMATION"), is a Foreign Corporation doing business in Broward County, Florida, and is an enterprise engaged in an industry affecting commerce, is an employer as defined by 29 U.S.C. § 203(d) and (s)(1), in that it has employees engaged in commerce or in the production of goods for commerce, or that has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person; and it is an enterprise whose annual gross volume of sales made or business done is not less than $500,000 (exclusive of excise taxes at the retail level that are separately stated) which has employees subject to the provisions of the FLSA, 29 U.S.C. § 207, in the gallery where FITZGERALD was employed.  At all times pertinent to this Complaint, BARKER ANIMATION operates as an organization which sells and/or markets its services and/or goods to customers throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and BARKER ANIMATION obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do their business, transmit funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

6.  Since on or about 2015, up to and including April 26, 2019, Defendant BARKER ANIMATION has willfully violated the provisions of §7 of the Act [29 U.S.C. §207] by employing employees engaged in commerce for workweeks longer than 40 hours without compensating them for their employment in excess of 40 hours at rates not less than one and one-half times the regular rates at which they were employed: specifically FITZGERALD, since 2015, has worked in excess of 40 hours a week nearly every week of his employment, and was not compensated for the work in

excess of 40 hours at a rate not less than one and one-half times the regular rate at which he was employed.

7.　The failure to pay overtime compensation to FITZGERALD is unlawful in that he was not exempted from the overtime provisions of the Act pursuant to the provisions of 29 U.S.C. § 213(a), in that he neither was a bona fide executive, administrative or professional employee.

8.　BARKER ANIMATION's actions were willful and purposeful as it was well aware of the Fair Labor Standards Act and FITZGERALD's status as non-exempt, but chose not to pay him in accordance with the Act.

9.　FITZGERALD is entitled pursuant to 29 U.S.C. § 216(b), to recover from BARKER ANIMATION:

  a.　All unpaid overtime that is due;

  b.　As liquidated damages, an amount equal to the unpaid overtime owed;

  c.　The costs of this action, and;

  d.　A reasonable attorney's fee.

WHEREFORE, Plaintiff, MICHAEL FITZGERALD, prays that this court will grant judgment against Defendant BARKER ANIMATION:

  a.　awarding FITZGERALD payment of overtime compensation found by the court to be due to him under the Act;

  b.　awarding FITZGERALD an additional equal amount as liquidated damages;

  c.　awarding FITZGERALD his costs, including a reasonable attorney's fee; and

  d.　granting such other and further relief as is just.

### Jury Demand

Plaintiff demands trial by jury.

Dated: May 8, 2019
Plantation, Florida

               Respectfully submitted,

               *s/Robert S. Norell*
               Robert S. Norell, Esq. (Fla. Bar No. 996777)
               E-Mail: rob@floridawagelaw.com
               **ROBERT S. NORELL, P.A.**
               300 N.W. 70th Avenue
               Suite 305
               Plantation, Florida 33317
               Telephone: (954) 617-6017
               Facsimile: (954) 617-6018
               *Counsel for MICHAEL FITZGERALD*